# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| iROBOT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHARKNINJA OPERATING, LLC,<br>SHARKNINJA MANAGEMENT, LLC,<br>SHARKNINJA SALES COMPANY,<br><br>Defendants. | Civil Action No. 1:19-cv-12125-ADB |

## UNOPPOSED MOTION FOR PARTIAL DISMISSAL

Plaintiff iRobot Corporation ("iRobot") moves pursuant to Fed. R. Civ. P. 41(a) to dismiss iRobot's claims in the above-captioned action under United States Patent No. 9,921,586 ("the '586 Patent") with prejudice. iRobot premises its motion on the following:

1. Shark's representation that the accused Shark IQ Robot vacuum cleaners, and their associated applications, do not allow a user to select a room or limited set of rooms in a home and schedule to clean that room or set of rooms at a future time.

2. Nothing herein limits iRobot's ability to re-assert the '586 patent against a Shark robotic vacuum cleaner product that offers that functionality or otherwise reveals that functionality, is updated to enable that functionality, or is a derivative of a current Shark IQ Robot vacuum cleaner with modifications material to infringement of the '586 patent.

3. Nothing herein is intended to limit the still-pending claims and counterclaims in the above-captioned action.

1

Respectfully submitted,

**iROBOT CORPORATION**

*/s/ Timothy H. Madden*
Timothy H. Madden (BBO# 654040)
thm@dcglaw.com
T. Christopher Donnelly
tcd@dcglaw.com
Peter E. Gelhaar
peg@dcglaw.com
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880
Facsimile: (617) 720-3554

Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Anders P. Fjellstedt (*pro hac vice*)
anders.fjellstedt@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

SO ORDERED this _____ day of December, 2019.

_____

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), the undersigned has conferred with counsel for Shark, and Shark consents to this motion.

/s/ *Timothy H. Madden*
Timothy H. Madden

## **CERTIFICATE OF SERVICE**

This document was filed through the CM/ECF system and will be served on SharkNinja pursuant to Fed. R. Civ. P. and L.R. 5.2.

/s/ *Timothy H. Madden*
Timothy H. Madden