**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

iROBOT CORPORATION,

                Plaintiff,

v.

SHARKNINJA OPERATING LLC,
SHARKNINJA MANAGEMENT LLC,
AND SHARKNINJA SALES COMPANY,

                Defendants.

C.A. No. 1:19-cv-12125-ADB

**SHARKNINJA'S MOTION TO STAY THE CASE IN ITS ENTIRETY**
**PENDING INTER PARTES REVIEW**

Defendants SharkNinja Operating LLC, SharkNinja Management LLC, and SharkNinja Sales Company (collectively, "SharkNinja"), through its undersigned counsel, herby request that the Court stay this action in its entirety pending resolution of the *inter partes* review petitions for the asserted patents. The grounds for this motion are set forth in the Memorandum submitted with this motion.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), SharkNinja believes that oral argument may assist the Court and requests oral argument of this motion.

DATED: October 15, 2020

*/s/ Doris Johnson Hines*
Doris Johnson Hines
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
dori.hines@finnegan.com

Alissa K. Lipton #678314
FINNEGAN, HENDERSON, FARABOW,

GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210-2001
(617) 646-1643
alissa.lipton@finnegan.com

Brian A. Rosenthal
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
BARosenthal@gibsondunn.com

*Attorneys for Defendants*
*SharkNinja Operating LLC,*
*SharkNinja Management LLC, and*
*SharkNinja Sales Company*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that on October 14, 2020, counsel for SharkNinja and iRobot conferred in good faith about this motion but were unable to resolve or narrow the issues raised in this motion.


*/s/ Doris Johnson Hines*
Doris Johnson Hines


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system on October 15, 2020 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.


*/s/ Doris Johnson Hines*
Doris Johnson Hines